1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  NOREEN A. MADOYAN, State Bar No. 279227
   TRIAL ATTORNEY
3  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Boulevard, Ste 1850
4  Los Angeles, California 90017
   (202) 934-4064 telephone
5  (213) 894-2603 facsimile
   Email: Noreen.Madoyan@usdoj.gov
6

**FILED & ENTERED**

**JAN 09 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

7               **UNITED STATES BANKRUPTCY COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9                   **LOS ANGELES DIVISION**

10

11  In re:                                   Case No.: 2:25-bk-20711-DS

12                                           Chapter 11

13  GLOBAL GROUP PROPERTIES, INC.,

14                                           ORDER GRANTING UNITED STATES
                Debtor.                      TRUSTEE'S MOTION TO DISMISS CASE
                                             WITH REFILING BAR
15

16                                           Hearing
                                             Date:   January 8, 2026
17                                           Time:   1:00 p.m.
                                             Place:  Courtroom 1639
18                                                   255 E. Temple Street
                                                     Los Angeles, CA 90012
19

20        A hearing was held at the above time and place on the "United States Trustee's Motion to

21  Under 11 U.S.C. § 1112(b) to Dismiss, Convert, or Direct the Appointment of a Chapter 11

22  Trustee" (the "Motion," Docket No. 15).  Appearances were noted on the record.  The court having

23  considered the Motion, the arguments of counsel at the hearing, and the record in this case, and for

24  the reasons stated by the court on the record at the hearing,

25  / / /

26

27

28

1        IT IS HEREBY ORDERED that the Motion is granted, and this case is dismissed with a

2    2-year bar to refiling.

3    ###

Date: January 9, 2026

_____

Deborah J. Saltzman
United States Bankruptcy Judge